UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CALVIN JAMES,**

    Plaintiff,

v.                                                         Case No: 5:21-cv-139-WFJ-PRL

**M. CORDERO,** *et al.,*

    Defendants.

_____

## ORDER

Plaintiff initiated this action on March 5, 2021 by filing a *pro se* Civil Rights Complaint. (Doc. 1). As of the date of this Order, Plaintiff has not filed a motion to proceed *in forma pauperis*, paid the filing fee, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1.     This case is **DISMISSED** without prejudice.

2.     The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE AND ORDERED** in Tampa, Florida, on June 28, 2021.

                                                                      WILLIAM F. JUNG
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party